IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HENRY BOUGARD JORDAN**     **PETITIONER**

v.     **CAUSE NO. 1:18CV235-LG-MTP**

**STATE OF MISSISSIPPI**     **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO DISMISS

For the reasons stated in the [10] Report and Recommendation entered by Magistrate Judge Michael T. Parker on January 14, 2019, and after an independent review of the record, a de novo determination of the issues, and consideration of the petitioner's [11] Objections to the Report and Recommendation, and having determined that the findings are correct under applicable law,

**IT IS ORDERED AND ADJUDGED** that the [10] Report and Recommendation is **ADOPTED** as the opinion of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the [8] Motion to Dismiss filed by the respondent, State of Mississippi, is **GRANTED**. The petition is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 13th day of February, 2019.

                               s/ *Louis Guirola, Jr.*
                               LOUIS GUIROLA, JR.
                               UNITED STATES DISTRICT JUDGE